

# NUMBER 13-22-00530-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| MELINDA CLARK AND ALL OCCUPANTS, | Appellant, |
| v. | |
| THE PARK APARTMENTS, | Appellee. |

## On appeal from the County Court at Law No. 5
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Justice Peña**

Appellant filed a notice of appeal on October 31, 2022. On November 1, 2022, the

Clerk of the Court notified appellant that the notice of appeal was defective and did not

comply with Texas Rules of Appellate Procedure 9.5, 25.1(d) and 25.1(e). *See* TEX. R.

APP. P. 9.5, 25.1 (d), (e). Additionally, the Clerk of the Court instructed appellant to remit a $205.00 filing fee.

On December 7, 2022, the Clerk of the Court again notified appellant of the defects in the notice of appeal and that the filing fee of $205.00 was now past due. Furthermore, the Clerk of the Court notified appellant that the appeal was subject to dismissal if the defect was not corrected, or the filing fee was not paid within ten days from the date of receipt of the letter. *See id.* R. 42.3(b), (c). On February 24, 2023, these two notices were returned to the Court and marked "return to sender," "not deliverable as addressed," and "unable to forward."

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, fax number, if any, and email address." *Id.* R. 9.1(b). The documents on file do not contain an updated email address or mailing address. However, on March 3, 2023, the Clerk of the Court sent a final notice via both email and postal mail again notifying appellant that the appeal was subject to dismissal if the defective notice of appeal was not corrected, or the filing fee was not paid within ten days from the date of receipt of the notices. *See id.* R. 42.3(b), (c).

Texas Rule of Appellate Procedure 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *Id.* 42.3(b), (c). Accordingly, we dismiss the appeal for want of prosecution. *See id.* R. 42.3.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
20th day of April, 2023.